**Order entered March 27, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00178-CV

## IN RE ATKINS BROS. EQUIPMENT CO., INC. AND RICKEY JOE HOOPER, Relators

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-18-01224-C**

### ORDER
Before Justices Bridges, Osborne, and Reichek

Before the Court is real party in interests' Joint Unopposed Motion For Extension Of Time To Respond To The Petition For Writ Of Mandamus, seeking an extension to March 30, 2020. We **GRANT** the motion. Real parties and respondent shall file their responses to the petition for mandamus, if any, not later than March 30, 2020.

/s/     DAVID L. BRIDGES
        JUSTICE